IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT MURRAY, as Special Administrator of the Estate of MARY K. MURRAY, and ROBERT MURRAY, Individually, | ) ) ) ) ) | Case No. 8:08cv408 |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| MUTUAL OF OMAHA INSURANCE COMPANY, a Corporation, EXCLUSIVE HEALTH CARE INC., a Corporation n/k/a COVENTRY HEALTH CARE OF NEBRASKA, INC., a Corporation, and DOE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | | |

This matter is before the Court on the Joint Motion of the parties to dismiss the Plaintiff's complaint, without prejudice (Filing No. 15). Being fully advised in the premises, the Court orders as follows:

1.  Plaintiffs' Complaint is dismissed, without prejudice.

2.  Each party is to pay their own costs and attorney fees.

IT IS SO ORDERED.

November 24, 2008

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge